No. 359. LOUISIANA WESTERN RAILROAD COMPANY *v.* CITY OF CROWLEY. Error to the Supreme Court of the State of Louisiana. Submitted April 29, 1919. Decided May 5, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.* 228 U. S. 596, 599; *Municipal Securities Corporation* v. *Kansas City*, 246 U. S. 63, 69; *Bilby* v. *Stewart*, 246 U. S. 255, 257. (2) *Stearns* v. *Minnesota*, 179 U. S. 223; *Board of Liquidation* v. *Louisiana*, 179 U. S. 622. *Mr. George Denegre, Mr. Victor Leovy, Mr. Philip S. Pugh* and *Mr. Henry H. Chaffe* for plaintiff in error. *Mr. P. J. Chappuis* and *Mr. A. P. Holt* for defendant in error.